| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 27 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROMULO TORRES and SAM ROSENFIELD, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs - Respondents,

 v.

7-ELEVEN, INC.,

        Defendant - Petitioner,

BOTANIC TONICS, LLC, et al.;

        Defendants.

No. 24-907

D.C. No. 3:23-cv-01460-VC
Northern District of California, San Francisco

ORDER

Before: VANDYKE and MENDOZA, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 6-1) is granted.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1292(b).